■ HERBERT G. COX, Respondent, v WALTER H. EDMISTER et al., Appellants.—Order unanimously reversed, on the law, without costs, and motions granted. Memorandum: Our court has been consistent in holding that, to defeat a motion to dismiss pursuant to CPLR 3216, plaintiff must show a justifiable excuse for failure to file a note of issue within the 90-day period and a meritorious cause of action *(see, e.g., Highlands Ins. Co. v Maddena Constr. Co.,* 109 AD2d 1071, 1072; *MacLeod v Nolte,* 106 AD2d 860; *Jones v First Fed. Sav. & Loan Assn.,* 101 AD2d 1005; *Abrams, Kochman, Rathskeller v Esquire Motels,* 79 AD2d 879). On this record, plaintiff has failed to show either a justifiable excuse or that he has a meritorious cause of action. Absent such a showing, it was an abuse of discretion for Special Term to deny the motion *(MacLeod v Nolte, supra).*

Plaintiff's reliance on our decision in *Foisy v Penn Aluminum* (31 AD2d 783) is misplaced. In *Foisy* we were concerned only with general delay. (Appeals from order of the Supreme Court, Niagara County, Gossel, J.—dismiss action.) Present—Dillon, P. J., Callahan, Boomer, Balio and Lawton, JJ.

■ COMMUNITY-GENERAL HOSPITAL OF GREATER SYRACUSE, Appellant, v DAVID AXELROD, as Commissioner of Health of the State of New York, et al., Respondents.—Judgment unanimously affirmed, without costs, for reasons stated in memorandum decision at Special Term, Murphy, J. (Appeal from judgment of Supreme Court, Onondaga County, Murphy, J.—art 78.) Present—Dillon, P. J., Callahan, Boomer and Balio, JJ. *[See,* 132 Misc 2d 636.]